LAWRENCE W. GIOVE, Respondent, v. MICHAEL RIZZO, Appellant. MICHAEL RIZZO, Plaintiff, v. MAX R. COTTON and LAWRENCE W. GIOVE, Defendants.—

Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.